# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release) |
| v. | Case Number:  02-cr-00196-LTB-01 |
| GLENN EDWARD SMITH | USM Number:  29849-013 |
| | Virginia Grady, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 4, and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 04/30/2012 |

*(See next page for additional violations.)*

  The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

  The defendant has not committed violation 3 and is discharged as to such violation.

  It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

  It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                   October 5, 2012
                   Date of Imposition of Judgment

                   s/Lewis T. Babcock
                   Signature of Judge

                   Lewis T. Babcock, Senior U.S. District Judge
                   Name & Title of Judge

                   October 15, 2012
                   Date

DEFENDANT: GLENN EDWARD SMITH
CASE NUMBER: 02-cr-00196-LTB-01  Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 06/12/2012 |
| 4 | Possession and/or Use of a Controlled Substance | 06/22/2012 |
| 5 | Failure to Reside in the Residential Reentry Center (RRC) | 07/02/2012 |

DEFENDANT:  GLENN EDWARD SMITH
CASE NUMBER:  02-cr-00196-LTB-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fourteen (14) months.

   The court recommends that the Bureau of Prisons credit the defendant with 70 days spent in official detention prior to sentencing.

   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

   Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                          _____
                                                                                    UNITED STATES MARSHAL

                                                                          By _____
                                                                                    Deputy United States Marshal